1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.678.3400
   Facsimile: 314.678.3401
4  Attorneys for Plaintiffs

5

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND | Case No. : 07-0290 CRB |
| 13 PRODUCT LIABILITY LITIGATION | MDL NO. 1699 District Judge: Charles R. Breyer |
| 14 | |
| 15 Margaret Sturges, et al., | |
| 16                       Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 vs. | |
| 18 Pfizer Inc, et al., | |
| 19                       Defendants. | |

20

21     Come now the Plaintiffs Margaret Sturges, Mary Moore, Wilma Quinlam, Doris Lytle,

22 Agnes Walker, Fred Thomson, Mike Smaldone, and Dennis Dearen in the above-entitled action

23 and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

24 Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

25 the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

26

27

28

-1-

| | | |
|---|---|---|
| DATED: 1/15, 2010 | By: | *[signature: Jeffrey J. Lowe]* |

**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314.678.3400
Facsimile: 314.678.3401
Attorneys for Plaintiffs

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| DATED: 1/27, 2010 | By: | *[signature]* |

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: [illegible] 3 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

-2-