Jeffrey J. Lowe
**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0290 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Margaret Sturges, et al.,<br><br>　　　　　　　　　Plaintiffs<br>vs.<br>Pfizer Inc, et al.,<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Yvonne Chapman, John Moore, and Henry McComic, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | attorneys' fees and costs.

DATED: Sept. 14, 2010    By: /s/

**THE LOWE LAW FIRM**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401

*Attorneys for Plaintiffs*

DATED: Sep. 23, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 24, 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**